Form 07 - CORPORATION
LAW OFFICE OF JOHN A DALLEY
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

--------------------------------------------------

HAVANA CHELSEA LUCHEONETTE, INC.    plaintiff

- against -

THOMAS VICARI, INDIVIDUALLY, ETC. ETAL    defendant

--------------------------------------------------

Index No. 08 CV 00260

Date Filed ............

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

HARRY TORRES    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 23rd day of January, 2008  at 01:23 PM.,  at
   184 EIGHTH AVE
   NEW YORK, NY 10011

I served a true copy of the
   SUMMONS AND COMPLAINT

upon HAVANA CHELSEA, INC.
a domestic corporation, the  DEFENDANT  therein named by delivering to, and leaving personally with
   THOMAS VICARI--------PRESIDENT

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: MALE          COLOR: WHITE          HAIR: BLACK
      APP. AGE: 50       APP. HT: 5:9          APP. WT: 200

OTHER IDENTIFYING FEATURES:

Sworn to before me this
25th  day of January, 2008i
JOEL GOLUB
Notary Public, State of New York
   No. 01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JAD107883