Form 01 - PERSONAL WITH A MILITARY     AETNA CENTRAL JUDICIAL SERVICES

LAW OFFICE OF JOHN A DALLEY
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

HAVANA CHELSEA LUCHEONETTE, INC.          plaintiff

- against -

THOMAS VICARI, INDIVIDUALLY, ETC. ETAL     defendant

Index No. 08 CV 00260
Date Filed ............
Office No.
Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

HARRY TORRES   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 23rd day of January, 2008  01:23 PM   at
  184 EIGHTH AVE
  NEW YORK, NY 10011
I served the   SUMMONS AND COMPLAINT
upon THOMAS VICARI
the DEFENDANT therein named by delivering and leaving a true copy or copies of the aforementioned documents with
THOMAS VICARI
said DEFENDANT personally.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: MALE       COLOR: WHITE       HAIR: BLACK
    APP. AGE: 50    APP. HT: 5:9       APP. WT: 200
OTHER IDENTIFYING FEATURES:

That at the time of service, as aforesaid, I asked DEFENDANT whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the DEFENDANT is not in the military service of the United States Government or of the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
25th day of January, 2008i

JOEL GOLUB
Notary Public, State of New York
    No.01G047 1136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JAD107881

Form 01 - PERSONAL WITH A MILITARY    AETNA CENTRAL JUDICIAL SERVICES
LAW OFFICE OF JOHN A DALLEY
ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY

---

HAVANA CHELSEA LUCHEONETTE, INC.    plaintiff

- against -

THOMAS VICARI, INDIVIDUALLY, ETC.ETAL    defendant

Index No. 08 CV 00260
Date Filed ............
Office No.
Court Date:  / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**HARRY TORRES**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 23rd day of January, 2008   01:23 PM    at
   184 EIGHTH AVE
   NEW YORK, NY 10011
I served the   **SUMMONS AND COMPLAINT**
upon **THOMAS VACARI D/B/A CHELSEA HAVANA**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
**THOMAS VACARI D/B/A CHELSEA HAVANA**
said **DEFENDANT** personally.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**       COLOR: **WHITE**      HAIR: **BLACK**
   APP. AGE: 50    APP. HT: 5:9    APP. WT: 200
OTHER IDENTIFYING FEATURES:

That at the time of service, as aforesaid, I asked **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the United States Government or of the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
25th day of January,    2008i
JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JAD107882