02/15/2008 FRI 13:15 FAX MSS                                                             ☒002/002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAVANA CHELSEA LUNCHEONETTE, INC.,

    Plaintiff,

v.

THOMAS VICARI and HAVANA CHELSEA, INC.,

    Defendants.

Civil Action No. 08 CV 260 (NRB)

    The parties having been discussing the possibility of resolving the above-captioned action, it is hereby stipulated and agreed, by and between the undersigned counsel for the parties that the time for Thomas Vicari and Havana Chelsea, Inc. to answer the Complaint is hereby extended to and including February 25, 2008.

LAW OFFICE OF JOHN A. DALLEY
John A. Dalley (JD 2397)
Attorneys for Plaintiff
521 Fifth Avenue, 28th Floor
New York, NY 10175
(212)-931-5500
jdalley1@nyc.rr.com

GOTTLIEB, RACKMAN & REISMAN, P.C.
Marc P. Misthal (MM 6638)
Attorneys for Defendants
270 Madison Avenue
New York, New York 10016-0601
(212) 684-3900
mmisthal@grr.com

SO ORDERED:

The Honorable Naomi Reice Buchwald
United States District Judge    2/20/08