UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
HAVANA CHELSEA LUNCHEONETTE, INC., :
:
        Plaintiff, :   Civil Action No.
:   **08 CV 260**
        v. :
:
**THOMAS VICARI,** individually, and doing :
business as, or a principal in the business known :
as "**CHELSEA HAVANA,**" and **HAVANA** :
**CHELSEA, INC.** :
:
        Defendant. :
------------------------------------------------------------------X

## DEFENDANT'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District judges and Magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant HAVANA CHELSEA, INC. (a non-governmental entity) certifies that there are no subsidiaries or affiliates of that party which are publicly held.

                                                  GOTTLIEB, RACKMAN & REISMAN
                                                270 Madison Avenue, 8th Floor
                                                New York, NY 10016
                                                (212) 684-3900

                                                _/s/ Marc P. Misthal_
                                                Marc P. Misthal (MM 6636)

Dated:      New York, NY
               February 25, 2008