UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HAVANA CHELSEA LUNCHEONETTE, INC.,

               Plaintiff,

     - against -               **O R D E R**

THOMAS VICARI, individually, and doing    08 Civ. 260 (NRB)
business as, or a principal in the
business known as "CHELSEA HAVANA,"
and HAVANA CHELSEA, INC.,

              Defendants.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    It having been reported to this Court that this case has

been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is,

dismissed without costs and without prejudice to restoring the

action to this Court's calendar if the application to restore the

action is made within 30 days


Dated:    New York, New York
          July 30, 2008

                               NAOMI REICE BUCHWALD
                               UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08